■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FRIZALONE, Appellant. [829 NYS2d 915]—Appeal by the defendant from an order of the County Court, Nassau County (Gulotta, J.), entered October 7, 2004, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's determination to designate him a level three sex offender was supported by clear and convincing evidence, and thus, should not be disturbed (*see* Correction Law § 168-n [3]; *People v Morris*, 33 AD3d 778 [2006], *lv denied* 7 NY3d 718 [2006]; *People v Robert I.*, 33 AD3d 777 [2006]; *People v Glenn*, 24 AD3d 427 [2005]; *People v Johnson*, 23 AD3d 635, 635-636 [2005]). Mastro, J.P., Fisher, Angiolillo and McCarthy, JJ., concur.